**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**BREAKING GLASS PICTURES, L.L.C.**

      **Plaintiff,**

                                        **CASE NO.:  8:13-cv-01154-JDW-TBM**

**v.**

**DOE 49,**

      **Defendant.**

_____ /

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1)    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

    Breaking Glass Pictures, L.L.C.;
    Anti-Piracy Management Company, L.L.C.;
    Richard E. Fee, Esq.; and
    IP Enforcement Law Group, P.A.

2)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    Not currently aware of any.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Not currently aware of any.

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Breaking Glass Pictures, L.L.C.

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: May 7, 2013

s/ Richard E. Fee
Richard E. Fee
Florida Bar No. 813680
IP ENFORCEMENT LAW GROUP, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 490-6050
(813) 490-6051 (Facsimile)
rfee@IPEnforcementLaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 7, 2013, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system. No Defendants in this case have been served with a copy of the Complaint as they have not yet been identified. Upon identification of the Doe Defendants, and service of the Complaint upon them, a copy of this Certificate will be provided to them.

s/ Richard E. Fee
Richard E. Fee
Florida Bar No. 813680
IP ENFORCEMENT LAW GROUP P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 490-6050
(813) 490-6051 (Facsimile)
rfee@IPEnforcementLaw.com

Trial Counsel for Plaintiff, Breaking Glass Pictures, L.L.C.
